IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIR VENT, INC., | ) | |
| | ) | Civil Action No. 10-1699-TFM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OWENS CORNING CORPORATION, | ) | The Honorable Terrence F. McVerry |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE POWERPOINT PRESENTATIONS AS EXHIBITS TO CLAIM CONSTRUCTION HEARING TRANSCRIPT

On July 8, 2013, David Oberdick, the Special Master designated by the Court in this case, presided over the claim construction hearing. During the claim construction hearing, both Plaintiff, Air Vent, Inc. ("Air Vent") and Defendant, Owens Corning Corporation ("Owens Corning") gave PowerPoint presentations summarizing the arguments raised in their respective claim construction briefs. These presentations contained images illustrating each party's positions which will be referenced by, but not contained in, the court reporter's official transcript of the claim construction hearing. Consequently, Owens Corning respectfully requests leave to file each of the PowerPoint presentations as exhibits to the transcript of the claim construction hearing. Owens Corning submits that attaching these PowerPoints as exhibits to the transcript of the hearing would clarify the record so that the text of the transcript can be read in the context of the images which were presented to address the issues argued therein. A complete copy of Air Vent's PowerPoint presentation is attached as Exhibit A hereto. A complete copy of Owens Corning's PowerPoint presentation is attached as Exhibit B hereto.

Respectfully submitted,

Date:  July 12, 2013         By:  ___/s/ *Nenad Pejic*___
                             PIETRAGALLO, GORDON, ALFANO, BOSICK

& RASPANTI, LLP
Eric G. Soller, Esquire
PA ID No. 65560
38th Floor, One Oxford Centre
Pittsburgh, PA  15219
(412) 263-2000

CALFEE, HALTER & GRISWOLD, LLP
Nenad Pejic, Esquire
npejic@calfee.com
Georgia E. Yanchar, Esquire
gyanchar@calfee.com
Jennifer B. Wick, Esquire
jwick@calfee.com
The Calfee Building
1405 East Sixth Street
Cleveland, OH  44114-2688
Tel (216) 622-8200
Fax (216) 241-0816

Attorneys for Defendant
*Owens Corning Corporation*

{02076557.DOC;1 }

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2013, I served a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Dariush Keyhani, Esq.
Lippes Mathias Wexler Friedman LLP
665 Main Street
Suite 300
Buffalo, NY 14203

Katherine E. Koop, Esq.
Tucker Arensberg
1500 One PPG Place
Pittsburgh, PA 15222

Sidney R. Bresnick, Esq.
Meredith & Keyhani, PLLC
300 Park Avenue
17th Floor
New York, NY 10022

*/s/ Nenad Pejic*
One of the Attorneys for Defendant Owens Corning Corp.

{02076557.DOC;1 }