IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIR VENT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2:10-cv-1699 |
| v. | ) |
| | ) |
| OWENS CORNING CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER OF COURT

AND NOW, this 7th day of November 2013, upon consideration of the STIPULATION OF DISMISSAL WITH PREJUDICE (ECF No. 185) and the material terms of the Settlement Agreement filed under seal (ECF No. 187), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED WITH PREJUDICE** as to all claims, counterclaims, and third-party claims with each party to bear its respective costs and attorneys' fees.  The Court hereby retains jurisdiction over the terms of this action in order to enforce the terms of the Settlement Agreement between the parties.  The Clerk shall docket this case closed.

BY THE COURT:

s/Terrence F. McVerry
United States District Judge

cc: **Katherine E. Koop, Esquire**
Email: KKoop@tuckerlaw.com
**Sidney R. Bresnick, Esquire**
Email: sbresnick@meredithkeyhani.com
**Dariush Keyhani, Esquire**
Email: dkeyhani@meredithkeyhani.com

**Eric G. Soller, Esquire**
Email: egs@pbandg.com
**Georgia E. Yanchar, Esquire**
Email: gyanchar@calfee.com
**Jennifer B. Wick, Esquire**
Email: jwick@calfee.com
**Nenad Pejic, Esquire**
Email: npejic@calfee.com
**Alan G. Towner, Esquire**
Email: agt@pbandg.com

(via CM/ECF)